# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Dvorkin Holdings, LLC, | ) | Case No. 12-31336 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |

## NOTICE OF APPEAL

FirstMerit Bank, N.A., by and through its undersigned attorneys, hereby appeals pursuant to 28 U.S.C. § 158(a)(1) and Rule 8001(a) of the Federal Rules of Bankruptcy Procedure the Order Confirming Joint Amended Plan of Chapter 11 Trustee and Equity Interest Holders and Granting Related Relief (the "Confirmation Order") [Dkt. No. 787] entered on June 30, 2015 by Judge Jacqueline P. Cox of the United States Bankruptcy Court for the Northern District of Illinois.

**Part 1: Identify the appellant**

1. Name: FirstMerit Bank, N.A

2. Position of appellant in the bankruptcy case that is the subject of this appeal: Creditor

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: Order Confirming Joint Amended Plan of Chapter 11 Trustee and Equity Interest Holders and Granting Related Relief (the "Confirmation Order") [Dkt. No. 787]

2. State the date on which the judgment, order or decree was entered: June 30, 2015

**Part 3: Identify the other parties to the appeal**

| *Parties* | *Represented by* |
|---|---|
| Gus. A, Paloian, Chapter 11 Trustee | Gus A. Paloian<br>James B. Sowka<br>Bret Harper<br>**Seyfarth Shaw LLP**<br>131 S. Dearborn Street, Suite 2400<br>Chicago, IL 60603<br>(312) 460-5000<br>(312) 460-7000 (facsimile) |
| Aaron Dvorkin<br>Beverly Dvorkin<br>Francine Dvorkin | Gina B. Krol<br>**Cohen & Krol**<br>105 W. Madison Street, #1100<br>Chicago, IL 60602<br>(312) 368-0300<br>(312) 368-4559 (facsimile) |

**Part 4: N/A**

**Part 5: Sign below**

Dated: July 2, 2015　　　　　　　　　　　　　　**FIRSTMERIT BANK, N.A.**

　　　　　　　　　　　　　　　　　　　　　　　By: __/s/ *Forrest B. Lammiman*_____
　　　　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Forrest B. Lammiman (ARDC No. 6208632)
David L. Kane (ARDC No. 6277758)
**MELTZER, PURTILL & STELLE LLC**
300 South Wacker Drive, Suite 2300
Chicago, IL 60606
(312) 987-9900
(312) 987-9854 (facsimile)

{32988: 045: 01660093.DOC : }

# **CERTIFICATION OF SERVICE**

I, David L. Kane, an attorney, certify that on July 2, 2015, I caused copies of the attached **Notice of Appeal** to be served by the Court's CM/ECF System or by electronic mail as indicated below.

**Registrants Served Via CM/ECF Electronic Notice:**

- Jonathan E Aberman   jaberman@vedderprice.com, ecfdocket@vedderprice.com
- R Scott Alsterda   rsalsterda@nixonpeabody.com
- Samantha Babcock   sbabcock@chuhak.com, rsaldivar@chuhak.com
- Gary I Blackman   gblackman@lplegal.com, nbailey@lplegal.com;ikropiewnicka@lplegal.com
- Kurt M Carlson   kcarlson@carlsondash.com, knoonan@carlsondash.com
- David Chroust   david.chroust@icemiller.com, debra.dipisa@icemiller.com
- William J Connelly   wconnelly@hinshawlaw.com
- Jonathan M. Cyrluk   cyrluk@carpenterlipps.com, haas@carpenterlipps.com
- Michael J. Davis   mdavis@bknmurray.com, davislaw80@gmail.com;llarson@bknmurray.com
- Jason J DeJonker   jdejonker@seyfarth.com, kmccarthy@seyfarth.com;chidocket@seyfarth.com
- Jeffrey W Finke   jwfinke@mindspring.com
- Robert M Fishman   rfishman@shawfishman.com, kjanecki@shawfishman.com
- Whitney Fogelberg   wfogelberg@vedderprice.com
- Matthew T. Gensburg   MGensburg@dandgpc.com, chidocket@gtlaw.com;ChiBkyDocket@gtlaw.com
- Joshua D. Greene   jgreene@springerbrown.com, iprice@springerbrown.com
- Michael J Gunderson   bankruptcy@chicago.com
- Christopher J Harney   charney@seyfarth.com, ctholen@seyfarth.com;chidocket@seyfarth.com
- Bret Harper   bharper@seyfarth.com, chidocket@seyfarth.com
- David A. Kallick   dkallick@tishlerandwald.com
- Gina B Krol   gkrol@cohenandkrol.com, gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
- Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
- David P Leibowitz   dleibowitz@lakelaw.com, czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
- Emily N Masalski   masalski@dlec.com, emasalski@yahoo.com
- Colleen E McManus   cmcmanus@carlsondash.com, knoonan@carlsondash.com;kcarlson@carlsondash.com;asharp@carlsondash.com
- Kevin H Morse   khmorse@arnstein.com
- Paul T Musser   paul.musser@kattenlaw.com
- Matthew A Olins   maolins@duanemorris.com
- Gus A Paloian   gpaloian@seyfarth.com, jmcmanus@seyfarth.com

- Gus A Paloian    gpaloian@seyfarth.com, gpaloian@ecf.epiqsystems.com;gp@trustesolutions.net;jmcmanus@seyfarth.com
- Thomas M Paris    tp@tomparislaw.com
- Marc S Reiser    mreiser@shawfishman.com, mlites@shawfishman.com
- Jonathan N Rogers    jrogers@skdaglaw.com
- Rebecca D. Rosenthal    rosenthalr@gtlaw.com
- Peter A Siddiqui    peter.siddiqui@kattenlaw.com
- Jean Soh    jsoh@polsinelli.com, chicagodocketing@polsinelli.com
- James B. Sowka    jsowka@seyfarth.com, chidocket@seyfarth.com;ctholen@seyfarth.com
- Lawrence A. Stein    lstein@huckbouma.com, lkoster@huckbouma.com
- Peter D Sullivan    psullivan@hinshawlaw.com
- Jerry L Switzer    jswitzer@polsinelli.com, chicagodocketing@polsinelli.com
- William W Thorsness    wthorsness@vedderprice.com, ecfdocket@vedderprice.com;ahesla@vedderprice.com
- Michael Lee Tinaglia    mltinaglia@tinaglialaw.com, jmwretzky@tinaglialaw.com
- John R Weiss    jrweiss@duanemorris.com
- Stephen G Wolfe    steve.g.wolfe@usdoj.gov, jennifer.r.toth@usdoj.gov

**Via Federal Express**

| | |
|---|---|
| Gus. A, Paloian, Chapter 11 Trustee | Gus A. Paloian<br>James B. Sowka<br>Bret Harper<br>**Seyfarth Shaw LLP**<br>131 S. Dearborn Street, Suite 2400<br>Chicago, IL 60603<br>(312) 460-5000<br>(312) 460-7000 (facsimile) |
| Aaron Dvorkin<br>Beverly Dvorkin<br>Francine Dvorkin | Gina B. Krol<br>**Cohen & Krol**<br>105 W. Madison Street, #1100<br>Chicago, IL 60602<br>(312) 368-0300<br>(312) 368-4559 (facsimile) |

{32988: 045: 01660093.DOC : }2

WHD/8128043.1